**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

KAMIL WILKINSON, Individually and   )
on behalf of all others similarly situated,   )
   )
        Plaintiff,   )     Case No.: 4:24-cv-00881
   )
      v.   )
   )
FUTUREFUEL CORP., TOM   )
MCKINLAY, and ROSE M. SPARKS,   )
   )
        Defendants.   )

**JOINT MOTION FOR ENTRY OF STIPULATION REGARDING SCHEDULING**

By this joint motion, Plaintiff Kamil Wilkinson ("Plaintiff") and Defendants FutureFuel Corp., Tom McKinlay, and Rose M. Sparks (collectively "Defendants"), respectfully request that the Court extend the deadline to answer, move against, or otherwise respond to the initial pleadings until after the Court's appointment of a lead plaintiff and approval of lead counsel, and lead plaintiff's designation of an operative complaint or filing of an amended complaint. In support of this joint motion, the parties state as follows:

1.     Plaintiff filed a complaint on June 24, 2024 (the "Complaint"), asserting claims under the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of a purported class of purchasers or acquirers of FutureFuel securities between August 10, 2023 and May 10, 2024 against Defendants.

2.     Defendants have accepted service of the Complaint in the above-referenced action and their time to respond to the Complaint has not yet expired.

3.     Because the Private Securities Litigation Reform Act of 1995 ("PSLRA") governs this action, and it is anticipated that this and any related actions will be consolidated and a consolidated amended complaint will be filed after the Court appoints a lead plaintiff and lead

counsel, the parties have agreed on a proposed schedule to govern amended pleadings and Defendants' time to answer or otherwise respond.

4.     The PSLRA also requires that notice of the commencement of an action be given to permit other putative class members (who may seek to serve on behalf of the class) the opportunity to file motions: (a) to be appointed lead plaintiff, to oversee and direct the prosecution of the action; and (b) to consolidate other complaints which may be filed arising from the same nexus of operative facts. *See* 15 U.S.C. § 78u-4(a)(3)(A)&(B). This notice must be given within 20 days after the filing of the securities fraud class action by way of publication in a widely circulated national business-oriented publication or wire service. 15 U.S.C. § 78u-4(a)(3)(A)(i). Prospective lead plaintiffs are given sixty (60) days from the publication of notice to move for appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), with the Court to rule upon the competing motions – applying the rules laid out in 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I) – thereafter.

5.     Pursuant to the PSLRA, motions for the appointment of lead plaintiff and approval of lead counsel are due to be filed by August 23, 2024, 60 days after the PSLRA notice was issued on June 24, 2024, after the filing of the complaint.

6.     As of this date, no lead plaintiff has been appointed. Following the appointment of the lead plaintiff and approval of the lead plaintiff's choice of lead counsel, it is expected that a consolidated amended complaint will be filed, and that the initial complaint filed in this action will become moot. Accordingly, there is no need for Defendants to answer or otherwise plead to the initial complaint.

7.     Defendants also anticipate filing a motion to dismiss. The PSLRA provides that, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. § 78u-4(b)(3)(B).

8.      Within 14 days of the appointment of a lead plaintiff and lead counsel, all counsel will meet and file a proposed schedule for an amended complaint and related motion practice.

9.      Nothing in this joint motion shall be construed as waiving any rights, defenses or objections that may be asserted by Defendants with respect to the Complaint or any other complaint that may be filed in this action.

WHEREFORE, the parties respectfully request that the Court enter an Order stating that:

1.      Defendants are not obligated to answer, move against, or otherwise respond to the Complaint filed in the above-captioned action until after the Court's appointment of a lead plaintiff and lead counsel, and lead plaintiff's designation of an operative complaint or filing of an amended complaint;

2.      Within 14 days of the Court's appointment of a lead plaintiff and lead counsel, all counsel shall confer and jointly file a proposed schedule governing the filing or designation of an amended complaint and related motion practice.

Dated:  August 19, 2024                    Respectfully submitted,

**THOMPSON COBURN LLP**

By: */s/ Elizabeth G. Myers*
Thomas Rea, #53245
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Fax: (314) 552-7000
trea@thompsoncoburn.com

Elizabeth G. Myers (*admitted pro hac vice*)
Texas State Bar No. 24047767
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Phone: (972) 629-7111
Fax: (972) 629-7171
emyers@thompsoncoburn.com

*Attorneys for Defendants FutureFuel Corp., Tom McKinlay, and Rose M. Sparks*


**WEHRLE LAW LLC**
/s/ *J. Christopher Wehrle (with permission)*
J. Christopher Wehrle, 45592MO
2601 S. Hanley Rd.
St. Louis, Missouri 63144
Telephone: (314) 272-4113
Fax: (314) 272-4107
Email: chris@wehrlelaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Ave, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Plaintiff*


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: _____, 2024                    _____

                                         Hon. Matthew T. Schelp
                                         United States District Judge

-4-