**WEHRLE LAW LLC**
J. Christopher Wehrle, Esq.
2601 S. Hanley Rd.
St. Louis, Missouri 63144
Telephone: (314) 272-4113
Fax: (314) 272-4107
Email: chris@wehrlelaw.com

*[Proposed] Liaison Counsel for Lead Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KAMIL WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTUREFUEL CORP., TOM MCKINLAY, and ROSE M. SPARKS,<br><br>Defendants. | Case No: 4:24-cv-00881-MTS<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF FIONA PINEDA TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Fiona Pineda ("Movant") hereby moves this Court, for an order:

      (a)     appointing Movant to serve as Lead Plaintiff in this action; and

      (b)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Movant's selection of Wehrle Law LLC as Liaison Counsel for the Class.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated August 23, 2024 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: August 23, 2024               Respectfully submitted,

                                             /s/ J. Christopher Wehrle
                                           James Christopher Wehrle, #45592(MO)
                                           **WEHRLE LAW LLC**
                                           2601 S. Hanley Rd.
                                           St. Louis, Missouri 63144
                                           Telephone: (314) 272-4113
                                           Fax: (314) 272-4107
                                           Email: chris@wehrlelaw.com

                                         *[Proposed] Liaison Counsel for Lead Plaintiff*

                                         **THE ROSEN LAW FIRM, P.A.**
                                         Phillip Kim, Esq., #4145397(NY)
                                         Laurence M. Rosen, Esq., #2255214(NY)*
                                         275 Madison Avenue, 40th Floor
                                         New York, New York 10016
                                         Telephone: (212) 686-1060
                                         Fax: (212) 202-3827
                                         Email: philkim@rosenlegal.com
                                         Email: lrosen@rosenlegal.com

                                         *[Proposed] Lead Counsel for Lead Plaintiff and Class*

* Laurence Rosen is admitted in additional states and jurisdictions.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 23, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ J. Christopher Wehrle</u>