**WEHRLE LAW LLC**
J. Christopher Wehrle, Esq.
2601 S. Hanley Rd.
St. Louis, Missouri 63144
Telephone: (314) 272-4113
Fax: (314) 272-4107
Email: chris@wehrlelaw.com

*[Proposed] Liaison Counsel for Lead Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KAMIL WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTUREFUEL CORP., TOM MCKINLAY, and ROSE M. SPARKS,<br><br>Defendants. | Case No: 4:24-cv-00881-MTS<br><br>CLASS ACTION<br><br>**DECLARATION OF J. CHRISTOPHER WEHRLE IN SUPPORT OF MOTION OF FIONA PINEDA FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** |

1

2

I, J. Christopher Wehrle, hereby declare under penalty of perjury:

1.      I am the Managing Partner at Wehrle Law LLC, proposed Liaison Counsel in this action, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Missouri and before this Court. I make this Declaration in support of the Motion of Fiona Pineda ("Movant") for: (1) Appointment as Lead Plaintiff; and (2) Approval of Selection of Counsel.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:      PSLRA Early Notice;

Exhibit 2:      Movant's PSLRA certification;

Exhibit 3:      Movant's loss chart;

Exhibit 4:      Firm résumé of The Rosen Law Firm, P.A.; and

Exhibit 5:      Firm résumé of Wehrle Law LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: August 23, 2024                     /s/ J. Christopher Wehrle
                                              J. Christopher Wehrle

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 23, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ J. Christopher Wehrle</u>

3