# EXHIBIT 3

**FutureFuel Corp. Loss Chart**
**Class Period: April 10, 2023 through May 10, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $4.93 |
|------|---------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|-------------|
| Fiona Pineda | 3/21/2024 | 600 | ($8.00) | ($4,800.00) | | | | | | | | |
| Account 1 | 3/21/2024 | 400 | ($8.02) | ($3,207.88) | | | | | | | | |
| | 3/21/2024 | 1,000 | ($7.99) | ($7,989.30) | | | | | | | | |
| | 3/22/2024 | 500 | ($7.92) | ($3,959.95) | | | | | | | | |
| | 4/10/2024 | 500 | ($5.69) | ($2,842.70) | | | | | | | | |
| | 4/12/2024 | 500 | ($5.68) | ($2,839.70) | | | | | | | | |
| | | 3500 | | ($25,639.53) | | | | | 3500 | $17,242.58 | ($8,396.95) | |
| | | | | | | | | | | | | |
| Account 2 | 3/22/2024 | 700 | ($7.93) | ($5,551.00) | | | | | | | | |
| | 3/28/2024 | 300 | ($8.03) | ($2,409.00) | | | | | | | | |
| | | 1000 | | ($7,960.00) | | | | | 1000 | $4,926.45 | ($3,033.55) | |
| | | | | | | | | | | | | |
| **TOTAL** | | **4500** | | **($33,599.53)** | | | | | **4500** | **$22,169.03** | **($11,430.50)** | |