# EXHIBIT 5



J. Christopher Wehrle
chris@wehrlelaw.com

**Resume for J. Christopher Wehrle:**

**Experience**

Filed, managed, settled and tried many cases over 24 years involving investor losses, stockbroker conduct, securities fraud, securities arbitration, trade secrets and employment disputes; handled all aspects of many cases involving enforcement and defense of non-compete agreements, promissory notes and training costs within the securities broker/dealer industry; handled several FINRA, SEC and state securities regulator enforcement defenses; and served as local counsel on several derivative and class action cases in the United States District Court, E.D. Mo. and Missouri state court.

**Education**

| | | |
|---|---|---|
| J.D. | St. Louis University School of Law | May 1994 |
| M.S. Finance | St. Louis University | January 1991 |
| B.S.B.A. Major: Finance | St. Louis University | May 1989 |