**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| KAMIL WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTUREFUEL CORP., TOM MCKINLAY, and ROSE M. SPARKS,<br><br><br>Defendants. | Case No. 4:24-cv-00881-MTS<br><br>**NOTICE OF SHEHZAD VIRANI AND SONERI INVESTMENTS INC.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL** |

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, Shehzad Virani and Soneri Investments Inc. ("Movants") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order appointing Movants as Lead Plaintiffs in the above-captioned action and approving Movants' selection of Faruqi & Faruqi, LLP as Lead Counsel and Unglesby & Crompton as Liaison Counsel for the Class.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of R. Seth Crompton and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Movants respectfully request that the Court: (1) appoint Movants as Lead Plaintiffs pursuant to the PSLRA; (2) approve Faruqi & Faruqi, LLP as Lead Counsel and Unglesby & Crompton as Liaison Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated:  August 23, 2024

Respectfully submitted,

By:   */s/ R. Seth Crompton*
R. Seth Crompton #57448MO
**UNGLESBY & CROMPTON**
8909 Ladue Road
Clayton, Missouri 63124
Phone: (504) 345-1390
Facsimile: (504) 324-0835
E-mail: seth@ucjustice.com

*Attorneys for [Proposed] Lead Plaintiffs Shehzad Virani and Soneri Investments Inc. and [Proposed] Liaison Counsel for the putative Class*

James M. Wilson, Jr. (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**

1

685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice*
forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email:  rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiffs
Shehzad Virani and Soneri Investments Inc.
and [Proposed] Lead Counsel for the
putative Class*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 23, 2024, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

By:   */s/ R. Seth Crompton*
       R. Seth Crompton

*Attorneys for [Proposed] Lead Plaintiffs*
*Shehzad Virani and Soneri Investments Inc.*
*and [Proposed] Liaison Counsel for the*
*putative Class*

3