**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| KAMIL WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTUREFUEL CORP., TOM MCKINLAY, and ROSE M. SPARKS,<br><br>Defendants. | Case No. 4:24-cv-00881-MTS<br><br>**DECLARATION OF R. SETH CROMPTON IN SUPPORT OF SHEHZAD VIRANI AND SONERI INVESTMENTS INC.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL** |

I, R. Seth Crompton, declare as follows:

1.      I am a member in good standing of the bar of the State of Missouri and am admitted in this Court. I am a Founding Partner of Unglesby & Crompton. I submit this declaration in support of the motion filed by Shehzad Virani and Soneri Investments Inc. ("Movants"), for appointment as Lead Plaintiffs and approval of Movants' selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and Unglesby & Crompton to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through G are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Movants' PSLRA Certifications

Exhibit C:      Chart setting forth Movants' financial interest in this litigation

Exhibit D:      Declaration of Shehzad Virani

Exhibit E:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit F:      Women's Business Enterprise National Council Certificate

Exhibit G:      Curriculum Vitae of R. Seth Crompton, Sr., Esq. of Unglesby & Crompton

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of August 2024 at Kansas City, Missouri.

*/s/ R. Seth Crompton*
R. Seth Crompton #57448MO

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 23, 2024, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

By:     */s/ R. Seth Crompton*
R. Seth Crompton

*Attorneys for [Proposed] Lead Plaintiffs
Shehzad Virani and Soneri Investments Inc.
and [Proposed] Liaison Counsel for the
putative Class*