# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD
## PLAINTIFF SHEHZAD VIRANI

I, Shehzad Virani, declare as to the claims asserted under the federal securities laws   against FutureFuel Corp., *et al*, that:

1.      I have reviewed a complaint against FutureFuel Corp., *et al* in the action filed and adopt the allegations therein.

2.      I select and retain Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      I did not purchase any security that is the subject of this action at the direction of my counselor in order to participate in any private action arising under the federal securities laws.

4.      I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      My transactions in FutureFuel Corp. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.      In the past three years, I have not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.      I will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed 08/14/2024 _____.

Shehzad Virani (Aug 14, 2024 02:10 EDT)

Shehzad Virani

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Purchase | Common Stock | 3/19/2024 | 1,010 | $7.8100 |
| Purchase | Common Stock | 3/19/2024 | 8,990 | $7.8500 |
| Purchase | Common Stock | 3/19/2024 | 9,000 | $7.8600 |
| Purchase | Common Stock | 3/19/2024 | 8,075 | $7.8600 |

## CERTIFICATION OF PROPOSED LEAD
## PLAINTIFFOF SONERI INVESTMENTS INC

I, Shehzad Virani, as President of Soneri Investments Inc ("Movant"), declare as to the claims asserted under the federal securities laws against FutureFuel Corp., *et al*, that:

1.    Movant has reviewed a complaint against FutureFuel Corp., *et al* in the action filed and adopts the allegations therein.

2.    Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.    Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.    Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.    Movant's transactions in FutureFuel Corp. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.    In the past three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.    Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed 08/14/2024_____.

Shehzad Virani (Aug 14, 2024 02:10 EDT)

Shehzad Virani, President of Soneri
Investments Inc

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Purchase | Common Stock | 3/21/2024 | 10,000 | $7.8500 |
| Purchase | Common Stock | 3/21/2024 | 10,000 | $7.8700 |