# EXHIBIT C

**FutureFuel Corp.**
**Class Period: August 10, 2023 and May 10, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | 90-Days* Mean Price $4.9265 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| **Shehzad Virani** | | **(27,075)** | | **($212,669.10)** | | | | | | | |
| **Soneri Investments Inc.** | | **(20,000)** | | **($157,200.00)** | | | | | | | |
| **Shehzad Virani Account Totals** | | **(47,075)** | | **($369,869.10)** | | **0** | | **$0.00** | **(47,075)** | **$231,912.71** | **($137,956.39)** |
| | | | | | | | | | | | |
| **Shehzad Virani** | | | | | | | | | | | |
| | 3/19/2024 | (1,010) | $7.8100 | ($7,888.10) | | | | | | | |
| | 3/19/2024 | (8,990) | $7.8500 | ($70,571.50) | | | | | | | |
| | 3/19/2024 | (9,000) | $7.8600 | ($70,740.00) | | | | | | | |
| | 3/19/2024 | (8,075) | $7.8600 | ($63,469.50) | | | | | | | |
| | | | | | | | | | | | |
| **Soneri Investments Inc.** | | | | | | | | | | | |
| | 3/21/2024 | (10,000) | $7.8500 | ($78,500.00) | | | | | | | |
| | 3/21/2024 | (10,000) | $7.8700 | ($78,700.00) | | | | | | | |

*Avg Closing Prices from May 11, 2024 to August 9, 2024