# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| KAMIL WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTUREFUEL CORP., TOM MCKINLAY, and ROSE M. SPARKS,<br><br>Defendants. | Case No. 4:24-cv-00881-MTS<br><br>**DECLARATION OF SHEHZAD VIRANI IN SUPPORT OF MOTION OF SHEHZAD VIRANI AND SONERI INVESTMENTS INC. FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL** |

I, Shehzad Virani, individually, and, as President on behalf of Soneri Investments Inc. ("Movants"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I respectfully submit this Declaration in Support of Movant's Motion for Appointment as Lead Plaintiffs and Approval of Lead Counsel and Liaison Counsel in the instant class action on behalf of investors in FutureFuel Corp. ("FutureFuel" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA.

2.     I am a Canadian citizen residing in Ontario, Canada.

3.     I attended college and graduated with the bachelor's degree in commerce.

4.     I am a sole proprietor of a used car business, I own a gas station and I own retnal properties.

5.     I am also the owner and president of Soneri Investments Inc. I make my own investment decisions for my myself and for Soneri Investments Inc.

6.     I have been investing in the stock market for over four years and manage my own investments.

7.     I believe the securities class action against defendants FutureFuel, Tom McKinlay and Rose M. Sparks is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the class.  I traded in FutureFuel securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover my losses for my benefit and the benefit of all members of the Class. It is for this reason that I decided to seek appointment as Lead Plaintiff in the action.  I understand the responsibilities and duties of being Lead Plaintiff, including my fiduciary duties to the class.

1

8.      I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, I have selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to represent the class. As part of my due diligence process, prior to our selection of the Faruqi Firm, I assessed the firm's qualifications and communicated with Robert W. Killorin, a partner at the Faruqi Firm about the case and duties and role of a lead plaintiff.

9.      I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

10.      I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member. As my certificate states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Shehzad Virani, declare under penalty of perjury that the foregoing is true and correct.

Dated:

_____
Shehzad Virani (Aug 19, 2024 21:01 EDT)
Shehzad Virani

2