# EXHIBIT G

# R. Seth Crompton, Sr., Esq.

## Curriculum Vitae

R. Seth Crompton is a distinguished trial lawyer litigating complex civil cases throughout the United States.  He has been appointed by courts across the country to lead complex litigations and has obtained significant verdicts, settlements, and results on behalf of his clients.

His cases, work, and results have been featured on various media outlets across the country, including the Wall Street Journal, Bloomberg, Time, CNBC, MSNBC, NBC, ABC, CBS, CNN, Fox News, Law360, New York Times, LA Times, Washington Post, Chicago Tribune, Missouri Lawyers Media, St. Louis Post Dispatch, St. Louis Business Journal, and the St. Louis Record, to name a few.

He has spoken and lectured to 1000's of other lawyers on a variety of complex litigation topics.  Additionally, his legal writings and materials have been published in and widely circulated by well-known industry publications.

He received the award from Missouri Lawyers Media for the Top Plaintiff Verdict of 2018 following the groundbreaking and landmark 4.69-billion-dollar talcum powder asbestos verdict in the Circuit Court of the City of St. Louis. This record-setting verdict was the first in the country to prove that asbestos contaminated talc caused the plaintiffs' ovarian cancer.  This was the largest verdict in the U.S. in 2018 and a top 5 all-time personal injury verdict in U.S. history. Just prior to the trial, he was part of the settlement negotiating team with a mining/supplier co-defendant that resulted in an historic eight-figure settlement for the 22 plaintiffs.

In 2020, he was again recognized by Missouri Lawyers Media for the top personal injury verdict in St. Louis County in 2019 when he obtained a $7 million verdict on behalf of a client who suffered catastrophic injuries in a motorcycle collision, including to his spine and brain. This was also a Top 10 Motorcycle Accident verdict in the United States.

He received the Martindale-Hubbell preeminent AV rating (5.0/5.0), which is given to a select group of attorneys that have been designated by their colleagues and the judiciary as demonstrating preeminence in the practice of law.

Page 1 of 7

8909 Ladue Rd.  
Clayton, MO 63124

www.ucjustice.com  
seth@ucjustice.com

He is designated as a National Trial Lawyers – Top 100 Trial Lawyer. National Trial Lawyers is an invitation-only organization wherein members are evaluated on the basis of stringent qualifications and is comprised of the most premier trial attorneys across the United States.

He received Global Directory of Who's Who (Top Lawyers). Who's Who (Top Lawyers) honors attorneys who have demonstrated achievement and leadership in the legal field based on an attorneys' position and professional accomplishments.

He is recognized by Super Lawyers as a Top-Rated Class Action and Mass Tort attorney.  Super Lawyers uses an independent selection process to rate outstanding lawyers who have attained a high-degree of peer recognition and professional achievement.

He is recognized by Best Lawyers in America as ranking in the top 5% of private practice attorneys nationwide, as determined by my legal peers.  Inclusion in Best Lawyers is based on a rigorous peer-review survey comprising more than 7.4 million confidential evaluations by top attorneys.

In addition to his trial and litigation results, he has negotiated or been an integral member of the negotiation and deal making team in resolving complex, high stake class actions, mass torts, and commercial litigations.

8909 Ladue Rd.                    www.ucjustice.com
Clayton, MO 63124               seth@ucjustice.com

## UNGLESBY & CROMPTON

### Partner-Owner / Trial Attorney

- 1st chair jury and bench trial practice representing individuals, union members, consumers, and business entities in complex civil cases
- Trial practice concentration (*not exhaustive*):
  - *Mass & Class litigation* – pharmaceutical and medical device mass tort; consumer, product, insurance, and financial class action; whistleblower/qui tam; and environmental and oil spill
  - *Individual litigation* – catastrophic personal injury; product liability; FELA; Jones Act; trucking accidents; toxic exposure; and business/commercial litigation
- Representative results:
  - *Mass & Class (excludes confidential settlements)*:
    - Trial Team and Co-Local Counsel for the groundbreaking and landmark 4.69-billion-dollar talcum powder asbestos verdict in the City of St. Louis (reduced to 2.4 billion) (2018 largest verdict in the U.S. and Top 5 all-time personal injury jury verdict in U.S. history)
    - $506 million – JP Morgan Chase mortgage modification MDL litigation
    - $488 million – Remington rifle defect litigation involving repair of up to 7.5 million rifles due to unintended discharge
    - Forced place insurance litigation – recovered *hundreds of millions of dollars* against banks and insurance companies including Wells Fargo, U.S. Bank, HSBC, Everbank, SunTrust, SGIC, Assurant, and ASIC
    - $46 million – VW Jetta wiring harness litigation
    - $41.5 million – In re: Blood Reagents antitrust MDL litigation
    - $17.5 million – AAA membership renewal backdating litigation
    - Represented over 200 franchise owners in a business interruption matter that resulted in a multimillion-dollar recovery
    - Resolved an environmental property damage class action with over 30,000 class members
  - *Individual litigation (excludes both confidential settlements and lesser results)*:

8909 Ladue Rd.          www.ucjustice.com
Clayton, MO 63124       seth@ucjustice.com

- ▪ "Several million-dollar settlement in medical malpractice case involving a woman misdiagnosed with cancer"
- ▪ $7 million – catastrophic injuries including brain and spine (2019 top personal injury verdict in St. Louis County and Top 10 motorcycle accident verdict in the United States)
- ▪ $4.5 million – wrongful death
- ▪ $2.75 million – combined settlement value for industrial explosion resulting in burn injuries
- ▪ $1.6 million – mild traumatic brain injury
- ▪ $800,000 – cognitive/brain defects due to lead poisoning
- ▪ $750,000 (gross) – mild traumatic brain injury
- ▪ "Resolution of a lawsuit on behalf of an Illinois landowner following environmental land contamination"

## Bar Admissions

- ▪ State – Missouri; Illinois
- ▪ Federal – E.D. Mo.; W.D. Mo.; S.D. Ill.; C.D. Ill.; N.D. Ill. (incl. Trial Bar); E.D. Mich.; W.D. Mich.; 7th Circuit Ct. of App.; 8th Circuit Ct. of App.

## Education:

- ▪ St. Louis University School of Law
  - o J.D., 2005, including Health Law Certificate (#1 nationally ranked program)
  - o Intern, City of St. Louis Circuit Attorneys' Office (white collar crime/fraud)
  - o Intern, United States Attorneys' Office for the S.D. of IL (white collar and healthcare crime/fraud)
  - o Legal Study Abroad – Madrid, Spain

- ▪ University of Illinois at Urbana Champaign
  - o B.A., 2002, Economics and Political Science
  - o Dean's List
  - o National Society of Collegiate Scholars

8909 Ladue Rd.     www.ucjustice.com
Clayton, MO 63124     seth@ucjustice.com

## Publications/Speaking:

- Speaker, Pre-suit investigations, Settlement Strategies, and Time Limited Demands, Mo. Assoc. of Trial Attorneys (MATA), March 2023

- Speaker, Mass Tort Masterclass, De Novo Learning Spring Conference, March 2021

- Speaker, Mass Tort Masterclass, De Novo Learning, November 2020

- Speaker, Expanding and Investing in Your Practice:  Mass Torts for the non-Mass Tort Practitioner (including ethics), Alaris CLE, April 2020

- Faculty, JUUL, E-Cigarettes & Vaping, HarrisMartin, September 2019

- Faculty, An Analysis of Today's Mass Tort Landscape, HarrisMartin, March 2019

- Faculty, 3M Combat Earplugs Litigation Conference, HarrisMartin, March 2019

- Judge, American Mock Trial Association, Regional Competition at St. Louis University School of Law, February 2019

- Speaker, *2018 Annual Law Update – Torts and Civil Actions*, Missouri Bar, June 2018

- Faculty, *Bet the Company* Mass Tort Litigation Conference, HarrisMartin, May 2018

- Author, *The "In-Use" Requirement Under the Locomotive Inspection Act*, National Trial Lawyers Top 100 – Blog, February 2018

- Faculty, *Opioid, Equifax & Talcum Powder*, HarrisMartin MDL Conference, November 2017

- Speaker, *Class and Mass Actions*, Missouri Bar Mini Law School for the Public, October 2017

8909 Ladue Rd.                www.ucjustice.com
Clayton, MO 63124          seth@ucjustice.com

- Speaker, *Consumer Law for Missouri Attorneys*, Missouri Bar, April 2017

- Author, *Baseball and the Mild Traumatic Brain Injury Case*, The Missouri Trial Attorney, Fall 2016

- Speaker, *Developing, Defending and Evaluating Damages: Perspectives From the Bench and Bar*, 23rd Annual Admiralty Symposium, Louisiana State Bar Association, September 2016

- Moderator, *Nuts & Bolts of Deposition Practice*, Missouri Bar, August 2016

- Panelist, SLU Law New Student Orientation Reception, August 2016

- Faculty, *Bet the Company* Mass Tort Litigation Conference, HarrisMartin, May 2016

- Author, *Missouri Tort Law Desk Book, 4th Ed., Chapter 22 – Federal Employers' Liability Act, Jones Act, and the Longshore and Harbor Workers' Compensation Act*, May 2016

- Panelist, SLU Law Admitted Students Day Reception, March 2016

- Consultant for moot court program for nearby high school, Fall 2015

- Contributing Author, LaceupBoxing.com, Aug. 2013 – Nov. 2013

- Panelist, Discussion on medical lien resolution and complex/mass tort settlement administration, November 2012

- Instructor of intra-firm continuing legal education courses, as well as legal and marketing presentations to clients on various topics, while at corporate civil defense firms from 2005 – 2010

8909 Ladue Rd.    www.ucjustice.com
Clayton, MO 63124    seth@ucjustice.com

## Not-for-Profit and Community Board/Committee Activities:

- Craftsmen Masonic Lodge, St. Louis, MO, 2006-present
  - Including Audit Committee

- St. Margaret of Scotland Athletics
  - Head Coach, Baseball, 2022-2024
  - Head Coach, Tee-Ball, 2018, 2019
  - Assistant Coach, Tee-Ball, 2017

- Metro St. Louis Illini Club, St. Louis, MO, 2008-2014, President
  - Developed the club to include a board of directors, fundraising, and regular business, social, and sporting events
  - Developed all events to be either profitable or at no-cost to the club
  - Jointly operated with various departments of the University, including alumni association, foundation, and athletics

- Young Friends of the St. Louis Zoo, 2009-2013, Board Member
  - Fundraising, community organization/awareness, and volunteer work

- Lafayette Square Restoration Committee, Development Committee, Member-at-large, 2012-2016
  - Oversight of standards for development, construction, and rehabilitation

## Legal Affiliations:

- American Association of Justice
- Missouri Association of Trial Attorneys
  - *Board of Governors, 2016 – present*
- Missouri Bar Association
- Illinois Trial Lawyers Association

**Personal Interests:**  Travel, boxing, MMA, horseracing

8909 Ladue Rd.              www.ucjustice.com
Clayton, MO 63124          seth@ucjustice.com