**WEHRLE LAW LLC**
J. Christopher Wehrle, Esq.
2601 S. Hanley Rd.
St. Louis, Missouri 63144
Telephone: (314) 272-4113
Fax: (314) 272-4107
Email: chris@wehrlelaw.com

*Liaison Counsel for Fiona Pineda*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Fiona Pineda*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KAMIL WILKINSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTUREFUEL CORP., TOM MCKINLAY, and ROSE M. SPARKS,<br><br>Defendants. | Case No: 4:24-cv-00881-MTS<br><br>CLASS ACTION<br><br>**NOTICE OF NON-OPPOSITION OF MOVANT FIONA PINEDA TO COMPETING MOTION TO (1) APPOINT LEAD PLAINTIFF AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** |

1

On August 23, 2024, Fiona Pineda ("Pineda"), pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order: (1) appointing Pineda as Lead Plaintiff; and (2) approving Pineda's selection of Counsel. Dkt. No. 15.

Having reviewed the competing motion filed in this action, Pineda does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Pineda's membership in the proposed class, Pineda's right to share in any recovery obtained for the benefit of class members, and Pineda's ability to serve as a representative party should the need arise.

Dated: September 6, 2024                    Respectfully submitted,

/s/ J. Christopher Wehrle
James Christopher Wehrle, #45592(MO)
**WEHRLE LAW LLC**
2601 S. Hanley Rd.
St. Louis, Missouri 63144
Telephone: (314) 272-4113
Fax: (314) 272-4107
Email: chris@wehrlelaw.com

*Liaison Counsel for Fiona Pineda*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq., #4145397(NY)
Laurence M. Rosen, Esq., #2255214(NY)*
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Fiona Pineda*

* Laurence M. Rosen is admitted in additional states and jurisdictions.

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ J. Christopher Wehrle