**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| KAMIL WILKINSON, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>FUTUREFUEL CORP., TOM MCKINLAY, and ROSE M. SPARKS,<br><br><br>       Defendants. | Case No. 4:24-cv-00881-MTS<br><br>**SHEHZAD VIRANI AND SONERI INVESTMENTS INC.'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL** |

## MEMORANDUM OF LAW

Shehzad Virani ("Virani") and his company Soneri Investments Inc. ("Soneri," collectively the "Virani Group") respectfully submit this reply memorandum of law in further support of their motion for an Order: (1) appointing the Virani Group as Lead Plaintiffs in the above-captioned action; (2) approving the Virani Group's selection of Faruqi & Faruqi, LLP (the "Faruqi Firm") as Lead Counsel for the Class and Unglesby & Crompton as Liaison Counsel for the Class; and (3) granting such other relief as the Court may deem just and proper.

On August 23, 2024, two motions by shareholders of FutureFuel Corp. were timely filed with this Court to be appointed lead plaintiff (and for appointment of their counsel as lead and liaison counsel) under the PSLRA. *See* ECF No. 15 at 2 (Fiona Pineda ("Pineda")) and ECF No. 20 at 1 (the Virani Group).

The Virani Group demonstrated in its opening Motion (ECF Nos. 20 through 22-7) and their Memorandum of Law in Opposition to Competing Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF No. 27) ("Response") that it meets all the requirements to be appointed Lead Plaintiff under the PSLRA, including that it has the largest financial interest in the litigation and otherwise meets the requirements of Rule 23. *See* ECF Nos. 20 through 22-7, 27.

On September 6, 2024, Pineda filed a Notice of Non-Opposition to Competing Motion to (1) Appoint Lead Plaintiff and (2) Approve Lead Plaintiff's Selection of Counsel. ECF No. 26. No other movant and no defendant has raised any objections to the Virani Group's Motion and therefore the Virani Group's Motion is unopposed. The Virani Group respectfully asks the Court to grant its motion to appoint it as Lead Plaintiff and its counsel as Lead Counsel and Liaison Counsel.

**CONCLUSION**

Accordingly, the Virani Group respectfully request that the Court appoint them Lead

Plaintiffs and approve their selection of the Faruqi Firm as Lead Counsel and Unglesby &

Crompton as Liaison Counsel.

Dated:  September 13, 2024                    Respectfully submitted,


By:      */s/ R. Seth Crompton*
         R. Seth Crompton #57448MO
         **UNGLESBY & CROMPTON**
         8909 Ladue Road
         Clayton, Missouri 63124
         Phone: (504) 345-1390
         Facsimile: (504) 324-0835
         E-mail: seth@ucjustice.com

         *Attorneys for [Proposed] Lead Plaintiffs*
         *Shehzad Virani and Soneri Investments Inc.*
         *and [Proposed] Liaison Counsel for the*
         *putative Class*

         James M. Wilson, Jr. (*pro hac vice*
         forthcoming)
         **FARUQI & FARUQI, LLP**
         685 Third Avenue, 26th Floor
         New York, NY 10017
         Telephone: 212-983-9330
         Facsimile: 212-983-9331
         Email:   jwilson@faruqilaw.com

         Robert W. Killorin (*pro hac vice*
         forthcoming)
         **FARUQI & FARUQI, LLP**
         3565 Piedmont Road NE Building Four
         Suite 380
         Atlanta, GA 30305
         Telephone: 404-847-0617
         Facsimile: 404-506-9534
         Email:  rkillorin@faruqilaw.com

         *Attorneys for [Proposed] Lead Plaintiffs*
         *Shehzad Virani and Soneri Investments Inc.*

2

*and [Proposed] Lead Counsel for the*
*putative Class*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 13, 2024, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

By:    */s/ R. Seth Crompton*
R. Seth Crompton

*Attorneys for [Proposed] Lead Plaintiffs*
*Shehzad Virani and Soneri Investments Inc.*
*and [Proposed] Liaison Counsel for the*
*putative Class*

4