## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| KAMIL WILKINSON, Individually and on behalf of all others similarly situated, | Case No. 4:24-cv-00881-MTS |
| Plaintiff, | |
| v. | |
| FUTUREFUEL CORP., TOM MCKINLAY, and ROSE M. SPARKS, | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF STIPULATION REGARDING SCHEDULING**

WHEREAS, on September 18, 2024, the Court entered an order (the "Order") appointing Shehzad Virani and Soneri Investments, Inc as Lead Plaintiffs and approving their selection of the Faruqi & Faruqi, LLP as Lead Counsel and Unglesby & Crompton as Liaison Counsel for the Class (ECF No. 29);

WHEREAS, the Order provided that "no later than Friday, September 27, 2024, the parties shall meet and file a joint proposed scheduling plan with proposed deadlines for Lead Plaintiffs to file a consolidated amended complaint, or designate an operative complaint, and for Defendants to file their required response thereto";

NOW, THEREFORE, Lead Plaintiffs and Defendants FutureFuel Corp., Tom McKinlay, and Rose M. Sparks, through their undersigned attorneys and subject to the Court's approval, jointly request and stipulate to the following:

1.     Lead Plaintiffs shall have 60 days from entry of the accompanying [Proposed] Order to file their amended complaint;

2.     Defendants shall have 60 days after the filing of Lead Plaintiffs' amended complaint to file any motion(s) to dismiss, or otherwise respond to, the amended complaint.

3.     Lead Plaintiffs shall file their opposition to any motion to dismiss no later than 45 days after the filing of any motion(s) to dismiss.

4.     Defendants shall file their reply to any opposition to any motion to dismiss no later than 30 days after the filing of Lead Plaintiffs' opposition.

DATED: September 20, 2024                          Respectfully submitted,


By:     */s/ R. Seth Crompton*
        R. Seth Crompton #57448MO
        **UNGLESBY & CROMPTON**
        8909 Ladue Road
        Clayton, Missouri 63124
        Phone: (504) 345-1390
        Facsimile: (504) 324-0835
        E-mail: seth@ucjustice.com

        *Attorneys for Lead Plaintiffs Shehzad Virani*
        *and Soneri Investments Inc. and Liaison*
        *Counsel for the putative Class*

        James M. Wilson, Jr. (admission and
        appearance forthcoming)
        **FARUQI & FARUQI, LLP**
        685 Third Avenue, 26th Floor
        New York, NY 10017
        Telephone: 212-983-9330
        Facsimile: 212-983-9331
        Email:  jwilson@faruqilaw.com

2

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiffs Shehzad Virani and Soneri Investments Inc. and Lead Counsel for the putative Class*

By:   /s/ Elizabeth Myers
Elizabeth Myers (admitted *pro hac vice*)
**THOMPSON COBURN LLP**
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
emyers@thompsoncoburn.com
(972) 629-7111
(972) 629-7171 (Fax)

Jan Paul Miller, MO #58812
Thomas Rea, MO #53245
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
jmiller@thompsoncoburn.com
trea@thompsoncoburn.com
(314) 552-6000
(314) 552-7000 (Fax)

*Attorneys for Defendants FutureFuel Corp., Tom McKinlay and Rose M. Sparks*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: _____, 2024                    _____
                                             MATTHEW T. SCHELP
                                             UNITED STATES DISTRICT JUDGE

3