**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| *In re* FUTUREFUEL CORP. SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)<br>) | Case No. 4:24-cv-00881-MTS |

**ORDER**

**IT IS HEREBY ORDERED** that the Joint Motion for Entry of Stipulation, Doc. [30], is **GRANTED**.  Lead Plaintiffs shall file their amended complaint no later than **November 22, 2024**.  Defendants shall have sixty (60) days after the filing of the amended complaint to file any motion(s) to dismiss or otherwise respond to the amended complaint.  Any opposition to any motion(s) to dismiss shall be filed no later than forty-five (45) days after the filing of the motions, and any replies thereto shall be filed within thirty (30) days after such opposition.  All memoranda in support or opposition to any motion to dismiss must be accompanied by a table of contents and a table of authorities.

Dated this 23rd day of September 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE